### 10181.  SILVER v. COLLIER.

STEPHENS, J.  Under the facts of this case it was error for the trial judge to instruct the jury that if the landlord kept the store in good repair he would be entitled to recover.

    *Judgment reversed.  Broyles, P. J., and Bloodworth, J., concur.*
             DECIDED SEPTEMBER 19, 1919.

Distraint; from city court of Zebulon—Judge Dupree.  August 31, 1918.

Collier sued out a distress warrant to recover from Silver the rent of a store; and the defendant filed a counter-affidavit in which he claimed damages on account of alleged negligence on the part of the plaintiff in allowing water to run from pipes opening in an office belonging to the plaintiff over the store rented to the defendant.  There was testimony as to damage to goods in the store from water which came from the pipes mentioned, and as to the opening of spigots to drain the pipes, and orders by the plaintiff to open them for that purpose, etc.  The trial resulted in a verdict against the defendant for the full amount of the plaintiff's claim.

    *J. M. Smith,* for plaintiff in error.  *J. R. Davis,* contra.